IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVIN ALEXANDER VALLEJOS ZAMBRANO | § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:26-CV-1309-K-BW |
| MARKWAYNE MULLIN, Secretary, et al., | § § § | |
| Respondents. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt. No. 2) is **DENIED**.

**SO ORDERED.**

**Signed May 12th, 2026.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE